

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-MJ-587 |
| ANA DOMINGO-FRANCISCO (02) | |

## WARRANT FOR ARREST

**TO:** The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **Ana Domingo-Francisco**, and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with **Illegal Alien in Possession of a Firearm**, in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8) and § 2.

_Hal R. Ray, Jr._
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this  29th  day of July, 2022.

---

### RETURN

---

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: 7/29/22 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 8/1/22 | Lauren Jarvis ATF-SA | _signature_ |